Ruffin, C. J.
 

 The defendant is liable for the sums charged by the Master. Admitting that a guardian of a ward residing here is not bound to secure the estate of the ward in another government, a point we do not decide, that would be no excuse for this defendant., For he had it in his power to have justice done to his ward, without going out of this State, namely, by an action against the sureties of the first guardian; Indeed, he himself was one' of them ; and there can be little doubt, that the principal purpose, for which he procured himself to be appointed guardian, was to prevent those sureties from being immediately sued, as they would have been, if any other person had been appointed. The plaintiff, has therefore, a right to consider his estate to have been in the hands of the defendant, upon his receiving the office of guardian. He might have his remedy at law against the defendant, as the surety of Joseph Horton, or upon his own bond as guardian, or he may have it in this Court by bill for the breach of trust. The defendant’s exception must therefore be over-ruled, and the report confirmed, and a decree according to it, with costs to the plaintiff.
 

 Per Curiam.
 

 Decree accordingly,